UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMIL BAJEK, JR.,

        Petitioner,

  v.

ELVIN VALENZUELA, Warden,

        Respondent.

No. EDCV 13-1262-SJO (AGR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 3, 2013.

_____
S. JAMES OTERO
United States District Judge